UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAURICE COLLINS,<br>        Plaintiff,<br><br>    v.<br><br>STUDENT ASSISTANCE CORPORATION,<br>        Defendants. | )<br>)<br>)<br>)<br>) **Case No.: 1:15-cv-06243-JBS-AMD**<br>)<br>)<br>)<br>)<br>) |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Ross Steven Enders* | */s/ Amy L. Bennecoff Ginsburg* |
| Ross Steven Enders | Amy L. Bennecoff Ginsburg (AB 0891) |
| Sessions, Fishman, Nathan & Israel, LLC | Kimmel & Silverman, P.C. |
| 2303 Oxfordshire Road | 1930 E. Marlton Pike, Suite Q 29 |
| Furlong, PA 18925 | Cherry Hill, NJ 08003 |
| Phone: (215) 794-7207 | Phone: (856) 429-8334 |
| Fax: (215) 794-5079 | Fax: (856) 216-7344 |
| Email: renders@sessions-law.biz | Email: aginsburg@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| | |
| Date: July 20, 2016 | Date: July 20, 2016 |

BY THE COURT:

_____
                                                            J.

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 20th day of July 2016:

Ross Steven Enders
Sessions, Fishman, Nathan & Israel, LLC
2303 Oxfordshire Road
Furlong, PA 18925
Phone: (215) 794-7207
Fax: (215) 794-5079
Email: renders@sessions-law.biz
Attorney for the Defendant

                                              */s/ Amy L. Bennecoff Ginsburg*
                                              Amy L. Bennecoff Ginsburg (AB 0891)
                                              Kimmel & Silverman, P.C.
                                              1930 E. Marlton Pike, Suite Q 29
                                              Cherry Hill, NJ 08003
                                              Phone: (856) 429-8334
                                              Fax: (856) 216-7344
                                              Email: aginsburg@creditlaw.com
                                              Attorney for the Plaintiff