UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAURICE COLLINS,<br>    Plaintiff,<br><br>v.<br><br>STUDENT ASSISTANCE CORPORATION,<br>    Defendants. | Case No.: 1:15-cv-06243-JBS-AMD |

### STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Ross Steven Enders* | */s/ Amy L. Bennecoff Ginsburg* |
| Ross Steven Enders | Amy L. Bennecoff Ginsburg (AB 0891) |
| Sessions, Fishman, Nathan & Israel, LLC | Kimmel & Silverman, P.C. |
| 2303 Oxfordshire Road | 1930 E. Marlton Pike, Suite Q 29 |
| Furlong, PA 18925 | Cherry Hill, NJ 08003 |
| Phone: (215) 794-7207 | Phone: (856) 429-8334 |
| Fax: (215) 794-5079 | Fax: (856) 216-7344 |
| Email: renders@sessions-law.biz | Email: aginsburg@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| Date: July 20, 2016 | Date: July 20, 2016 |

BY THE COURT: 7/21/16

*Jerome B. Simandle*
                J.